| DISTRICT | OFF. | DOCKET NO. YR-NUMBER | CS | FILING DATE MO DAY YR | J | NATURE SUIT PTF DEF | DIV. | R 23 | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127 | 2 | 87T 1158 N | 1 | 03 06 87 | 3 | 441 | | | 1 | 2706 | | 01003 | | 87T 1158 N |

| CAUSE: | PLAINTIFFS | | | DEFENDANTS |
|---|---|---|---|---|
| | JOHN DILLARD; DAMASCUS CRITTENDEN, JR.; EARWEN FERRELL; CLARENCE J. JARRELLS; ULLYSSES MC BRIDE; and LOUIS HALL, JR. | | v | BALDWIN COUNTY BOARD OF EDUCATION |

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 USC §§ 1973 and 1983; Alleged violation of Section 2 of Voting Rights Act thru use of at-large election system.

**ATTORNEYS**

James U. Blacksher
~~465 Dauphin Street~~
~~Mobile, Al 36602~~
~~433-2000~~ 5th Fl Title Bldg
322-1100  300 21st St N
         B'ham, Al 35203

~~Larry Menefee~~
~~5th Floor Title Bldg~~
~~300 21st St., N~~
~~Birmingham, Al 35203~~
~~322-7300/322-7313~~ (Per 9/1/88 Notice)

Edward Still
REEVES & STILL
714 South 29th Street
Birmingham, Al 35233-2810
322-6631

Julius L. Chambers
~~Lani Guinier~~ Scherlyn Ifill
~~Pamela Karlan~~ (Per 9/1/88 Notice)
NAACP Legal Defense Fund
99 Hudson Street
16th Floor
New York, NY 10013 [212 219-1900]

~~Abram L. Philips, Jr.~~
~~REAMS, VOLLMER, PHILIPS,~~
~~KILLON, BROOKS & SCHELL~~
~~P. O. Box 8158~~
~~Mobile, AL 36608~~
~~344-4721~~
~~(co-counsel for deft)~~

THOMPSON
Daniel G.

Norborne C. Stone, Jr.; Blackburn
STONE, GRANADE, CROSBY & BLACKBURN
P. O. Box ~~1109~~ 1509
Bay Minette, Al 36507
937-2417/~~432-0340~~

~~Don Siegelman~~ Jimmy Evans
Alabama Attorney General

~~Susan Russ~~ Mort P. Ames
~~Assistant Attorney General~~
Office of Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
261-7406

~~David Boyd~~
~~BALCH & BINGHAM~~
~~P. O. Box 78~~
~~Montgomery, AL 36101~~
~~834-6500~~

| [X] CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5  12/5/87 | 3/5/92 |
| | | | | JS-6  5/5/88 | 5-5-9 |

UNITED STATES DISTRICT COURT DOCKET                                       DC-111 (Rev: 1/87)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | THIS CASE IS A DERIVATIVE OF 85-T-1332-N, JOHN DILLARD; et al. v. CRENSHAW COUNTY, ALABAMA, etc., et al.  FOR THE PURPOSE OF ORDERS THAT RELATE TO THIS CASE PRIOR TO 8/14/87 SEE DILLARD CASE FILE AND DOCKET SHEET. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET    (Atty Norborne C. Stone, Jr.)

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1158-N |
|---|---|---|
| JOHN DILLARD, et al. | CRENSHAW COUNTY, ALABAMA, etc., et al | 85-T-1332-N |
| | RE: BALDWIN COUNTY BOARD OF EDUCATION | PAGE 2 OF ___ PAGES |

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| Aug. 14 | | Baldwin County Board of Education's selection of defendant subclass C with attached Addendum. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 20 | | Attorney Norborne C. Stone, Jr.'s petition for admission pro hac vice. Referred to Judge Thompson. |
| 20 | | ORDER granting 8/19/87 petitions of Hons. William H. Rogers and Windell C. Owens; and 8/20/87 petitions and motions of Hons. William S. Poole, Jr., Norborne C. Stone, Jr., Robert D. McWhorter, Jr., Ernest G. Hester, and Robert L. Barnett to practice pro hac vice. (Copies mailed to counsel; furnished Magistrate Carroll.) EOD 8/20/87. |
| Sep. 14 | | **ORDER** as follows: (1) not later than **10/16/87** jurisdictions which are members of subclass B or subclass C and which have not prior to the date of this order submitted appropriate settlement documents to the court, shall comply with (a) or (b) as set out in this order; (2) by **11/6/87** the plaintiff class shall file **responses** to the proposed remedies filed by subclass B and C jurisdictions pursuant to paragraph 1(b). If the plaintiff class does not agree to the remedy proposed by a jurisdiction, they shall file their own proposed remedy, following the guidelines set out in paragraph 1(b); (3) trials for remedy questions will be scheduled at a later date. However, all jurisdictions which do not reach agreement with the plaintiff class on a remedy should be prepared to commence trial not later than 11/16/87; and (4) the Attorney General of the State of Alabama is DIRECTED to mail a copy of this order to all jurisdictions which are members of subclass B and C. (Copies mailed to counsel; furnished Magistrate Carroll.) EOD 9/14/87. |
| Oct. 16 | | Baldwin County Board of Education's motion for extension of time. Referred to Judge Thompson. |
| 20 | | ORDER granting defendant's 10/16/87 motion for extension of time and allowing defendant until 10/23/87 to comply with the 9/14/87 order of the court. (Copies mailed to counsel.) EOD 10/21/87. |
| 20 | | ORDER and JUDGMENT **appointing Hon. Charles S. Coody,** U. S. Magistrate, Middle District of Alabama, **additional special master** with same authorities and duties already given special master Carroll; DIRECTING counsel for Attorney General of the State of Alabama to mail copy of this order to all members of Subclasses B and C or their attorneys. (Copies mailed to counsel.) EOD 10/21/87. |
| 22 | | Baldwin County Board of Education's remedy propsoal. Referred to Judge Thompson. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| 30 | | ORDER, subject to court's later consideration of any objections (1) **decertifying subclasses B and C** as members of defendant class action; directing clerk to assign separate civil action numbers to proceedings with respect to each jurisdiction in subclasses B and C; (2) directing that decertified proceedings shall continue as a class action as previously certified with respect to plaintiffs; (3) **consolidating** the separate actions with respect to the former |

(CONT'D)

OPTION C

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET (Atty Norborne C. Stone, Jr.)

| PLAINTIFF | DEFENDANT | 87-T-1158-N |
|---|---|---|
| JOHN DILLARD, et al. | CRENSHAW COUNTY, ALABAMA, etc., et al.<br>RE: BALDWIN COUNTY BOARD OF EDUCATION | DOCKET NO. 85-T-1332-N-<br>PAGE 3 OF ___ PAGES |

| DATE<br>1987 | NR. | PROCEEDINGS |
|---|---|---|
| Oct. 30 | | ORDER (Cont'd)<br>members of subclasses B & C for purposes of carrying out the procedures pre-cribed by interim consent decree; directing that the Attorney General shall continue to serve as lead counsel for defendants and David Boyd shall continue to serve as liaison counsel for defendants; directing that procedures in paras. 9-20 of interim consent decree shall continue in force and effect for the con-solicated actions; (4) directing that all prior orders in this action not in-consistent with this order shall remain in full force and effect; (5) directing that the Attorney General shall promptly furnish a copy of this order to all jurisdictions of subclass B or subclass C; directing that any **objections** to procedural changes ordered herein must be filed, detailed written statement, with the clerk not later than **11/13/87**; hearing to be set by court on objections which warrant such a proceeding; (6) directing that unless the court receives some objection, this order shall take effect on **11/18/87** and no further order will be entered; directing that if no further order is entered before 11/18/87, the parties should assume that the court received no objections. (Copies mailed to counsel.) (Cy furnished Magistrates Carroll and Coody.) EOD 10/30/87. |
| Nov. 10 | | Plaintiffs' submission of remedy proposal. Referred to Judge Thompson. |
| 18 | | Affidavits of plaintiffs John Dillard, Damascus Crittenden, Jr., Earwen Ferrell, Jr., Clarence J. Jairrels, Dr. Ullysses McBride and Louis Hall, Jr. (in support of IFP status for consolidated cases 87-T-1150-N thru 87-T-1316-N.) |
| 18 | | ORDER that the plaintiffs are allowed to proceed in forma pauperis and without prepayment of filing fees in these cases (87-T-1150-N thru 87-T-1316-N), the court being of the opinion from the affidavits filed by the plaintiffs that they cannot afford the filing fees in these consolidated cases in the amount of $20,520.00. (Copies mailed to counsel.) (Copies furnished Magistrates Carroll and Coody.) EOD 11/18/87. |
| 20 | | Defendant's motion to enforce remedy agreement and other relief. Attachments. Referred to Judge Thompson. Copy furnished Magistrate Carroll. |
| 25 | | Magistrate Carroll's ORDER setting this cause for **status conference** at 9:00 a.m., on **12/11/87**, US Courthouse and Federal Building, Montgomery. Unless this case is settled prior to date of status conference and the court is so notified, at the status conference the court will schedule and set dates and times during the week beginning 12/14/87 for hearings on contested remedial plans for Sub-class B members in accordance with the interim consent decree previously entered by the court. (Copies mailed to counsel.) Copies furnished Magistrates Carroll. EOD 11/25/87. |
| Dec. 11 | | ORDER (1) that this case will be tried both as to liability and remedy; (2) that plaintiffs may also pursue at trial their contention that defendant has already conceded liability; and (3) that the defendant's motion to enforce settlement will be heard at trial. The trial date will be set at pretrial hearing. (Copies mailed to counsel.) Copies furnished Magistrates Carroll and Coody. EOD 12/11/87. |
| 11 | | NOTICE OF PRETRIAL HEARING ORDER setting **pretrial hearing** on **1/4/88** at 9:50 a.m., in chambers, Montgomery. (Copies mailed to counsel.) (Copies furnished Magistrates Carroll and Coody.) EOD 12/11/87. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JOHN DILLARD ; et al. | BALDWIN COUNTY BOARD OF EDUCATION | DOCKET NO. 87-T-1158-N |
| | | PAGE 4 OF ____ PAGES |

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| Dec. 30 | | Defendant's **answer** to amendment to complaint to conform to plaintiffs' motion for additional relief.  Referred to Judge Thompson. |
| 1988 | | |
| Jan. 4 | | **Pretrial hearing.** |
| 4 | | ORDER ON PRETRIAL HEARING setting **trial** of this cause for **2/29/88** at 9:00 a.m., 2nd floor courtroom, federal courthouse, Montgomery; directing parties to complete discovery and exchange lists of witnesses and exhibits by 2/15/88; directing parties to file briefs by 2/22/88; etc.  (Copies mailed to counsel.) EOD 1/4/88. |
| 20 | | Defendant's notice of deposition of Billy Smith, Hilliard Jenkins and James Crook to be taken on 2/3/88 (Bay Minette, AL--SD of Al). |
| 25 | | Defendant's notice of deposition of Fred Stephenson to be taken on 2/3/88 in Bay Minette, Alabama. |
| Feb. 12 | | ORDER setting **trial** for **3/2/88**, at 9 a.m., Second Floor Courtroom, Federal Courthouse, Montgomery, AL.  (Copies mailed to counsel; furnished Magistrates Carroll and Coody.) |
| 12 | | Defendant's witness list. |
| 12 | | Defendant's list of proposed exhibits to be offered in evidence at trial. (Exhibits B 1 thru 19 in separate binder.) |
| 16 | | Plaintiff's witness list. |
| 16 | | Plaintiff's exhibit list. |
| 24 | | Plaintiffs' pretrial brief. |
| 25 | | Defendant's supplemental witness list. |
| 25 | | Defendant's pretrial brief. |
| Mar. 8 | | ORDER **resetting** the **trial** of this cause for **3/14/88** at 9:00 a.m., 2nd floor courtroom, federal courthouse, Montgomery.  (Copies mailed to counsel.) EOD 3/8/88. |
| 9 | | Parties' stipulation.  Referred to Judge Thompson. |
| 14 | | **NONJURY TRIAL** |
| 16 | | Official Court Reporter's transcript of Court's Ruling from the 3/14/88 trial (1 volume). |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1158-N |
|---|---|---|
| JOHN DILLARD: et al. | BALDWIN COUNTY BOARD OF EDUCATION | PAGE 5 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Mar. 17 | | Courtroom Deputy's minutes of trial proceedings; lists of witnesses and exhibits attached. |
| 28 | | Attorney Daniel G. Blackburn's petition for admission pro hac vice. Referred to Judge Thompson. |
| Apr. 5 | | Pltfs' (ADC) submission of Exhibits to single member district plan for defendant. (Exhibits B, C & E) |
| 8 | | ORDER granting Hon. Daniel G. Blackburn's 3/28/88 petition for admission pro hac vice. (Copies mailed to counsel.) EOD 4/8/88. |
| 8 | | MEMORANDUM OPINION. |
| 8 | | JUDGMENT AND INJUNCTION (1) entering judgment in favor plaintiffs and against defendant; (2) DECLARING that the at-large system used to elect the members of the defendant Baldwin County Board of Education violates § 2 of the Voting Rights Act of 1965, as amended, 42 USCA § 1973; (3) DECLARING that the single-member redistricting plan, consisting of five members, submitted by defendant is unacceptable under § 2 of the Voting Rights Act; (4) denying the defendant's 11/20/87 motion to enforce remedy agreement; and (5) RESTRAINING and ENJOINING defendant Baldwin County Board of Education, its officers, etc.: (A) from using its present at-large election system in any future elections; (B) from failing to implement the single-member redistricting plan, consisting of seven members, submitted by the plaintiffs; and (C) from failing to conduct elections for all members of the defendant under the plaintiffs' redistricting plan by 1/1/89. Further ORDERED that by 4/22/88 the parties are to submit to the court proposed procedures for implementing the plaintiffs' redistricting plan, as ordered; that the plaintiffs have and recover from defendant their reasonable attorney fees, and that the plaintiffs are allowed until the completion of all the <u>Dillard</u> cases to file their request for attorney fees; that costs are hereby taxed against defendant, and that plaintiffs are allowed until the completion of all the <u>Dillard</u> cases to file their bill of costs. The Clerk is DIRECTED to issue a writ of injunction. (Copies mailed to counsel and to defendant with writ.) EOD 4/8/88. |
| 8 | | **Writ of Injunction** issued; copy of writ, together with 4/8/88 order, mailed by cmrrr to defendant Baldwin County Board of Education. |
| 13 | | Return receipt showing service of 4/8/88 writ of injunction, etc.; service on Jeffrey A. Edden on 4/11/88 for defendant Baldwin County Board of Education. |
| 18 | | Attorney Abram L. Philips, Jr.'s petition for admission pro hac vice. Referred to Judge Thompson. |
| 21 | | Defendant's application for stay of judgment and to suspend injunction pending appeal. Exhibits attached. |
| 21 | | Defendant's memorandum brief in support of application for stay of judgment and to suspend injunction pending appeal. Referred to Judge Thompson. |
| 21 | | Defendant's proposed procedures for implementation of plaintiffs' redistricting plan. Referred to Judge Thompson. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JOHN DILLARD: et al. | BALDWIN COUNTY BOARD OF EDUCATION | DOCKET NO. 87-T-1158-N<br>PAGE 6 OF ___ PAGES |

| DATE<br>1988 | NR. | PROCEEDINGS |
|---|---|---|
| Apr. 25 | | Plaintiffs' motion for supervison of court-ordered elections. Referred to Judge Thompson. |
| 25 | | ORDER setting defendant's application for stay, filed 4/21/88 for submission, without oral argument, on 4/26/88, with all briefs due by then; parties have already been orally notified. Further ORDERED that Hon. Abram L. Phillips, Jr.'s 4/18/88 petition for admission pro hac vice is granted. (Copies mailed to counsel.) EOD 4/25/88. |
| 26 | | Plaintiffs' opposition to defendant's application for stay pending appeal. Referred to Judge Thompson. |
| 29 | | Deft's response to pltfs' motion for supervision of court-ordered elections. |
| May 2 | | ORDER denying defendant's application for stay of judgment and to suspend injunction pending appeal. (Copies mailed to counsel.) |
| 2 | | ORDER setting plaintiffs' motion for supervision, etc., for a **hearing** on **5/11/88**, at 3:30 p.m., with all briefs, etc. due by 5/9/88. (Copies mailed to counsel.) |
| 2 | | Probate Judge of Baldwin Co's motion to issue subpoena instanter. Referred. |
| 5 | | Defendant's Notice of Appeal to the U. S. Court of Appeals, Eleventh Circuit from the final judgment and injunction entered on 4/8/88. (Copies mailed to James U. Blacksher; Larry Menefee; Edward Still; Julius L. Chambers, Lani Guinier and Pamela Karlan; Abram L. Philips, Jr. [w/appeal information sheet]; Norborne C. Stone, Jr. and Daniel G. Blackburn; Susan Russ; David Boyd; copy furnished court reporter; certified copy mailed to USCA along w/certified copies of docket entries and order appealed from). |
| 5 | | ORDER granting motion to issue subpoena instanter filed by Probate Judge of Baldwin County, Alabama; DIRECTING clerk to issue the subpoena instanter. (Copies mailed to counsel, including counsel for Probate Judge.) EOD 5/5/88. |
| 9 | | Defendant's submission on hearing of motion to supervise elections. |
| 12 | | ORDER and JUDGMENT granting plaintiffs' 4/25/88 motion for supervision of court-ordered elections as follows and denying in all other respects: (1) the primary elections for the Baldwin County Board of Education shall be on 7/26/88; the primary run-off elections for the school board shall be on 8/16/88; (3) the general election for the school board shall be as now set in November 1988; and (4) the qualifying deadline for the school board shall be reopened and extended for 15 days from the date of this order; DIRECTING the clerk to notify counsel by telephone. (Copies mailed to counsel; Attys Blacksher and Stone advised telephonically.) EOD 5/12/88. |
| 26 | | Stipulation of parties. (Exhibit A [very large map] loose with file.) Referred to Judge Thompson. |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1158-N |
|---|---|---|
| JOHN DILLARD, et al. | BALDWIN COUNTY BOARD OF EDUCATION | PAGE 7 OF ___ PAGES |

Civil Action No. 87-T-1158-N

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| May 27 | | **JUDGMENT** and **INJUNCTION** (1) modifying this Court's 4/8/88 judgment and injunction to the extent set out in order; (2) approving and adopting the procedure set out in the 5/26/88 joint stipulation for implementing the redistricting plan adopted by this Court on 4/8/88; (3) ordering the defendant, its officers, agents, servants and employees, etc. to implement the single-member redistricting plan submitted on 5/26/88; that defendant cause the notice attached to this judgment to be published in the four newspapers set out in judgment in Baldwin County, AL once a week for two consecutive weeks prior to 6/10/88, and display a map of the districts in the office of the Baldwin County Board of Education during normal business hours to 6/10/88; that said notice be provided to representatives of all local media and to any black community organization who may request a copy; setting a **hearing** on 6/17/88 at 2 p.m. in the Federal Courthouse Building, Montgomery, AL to consider any objections by members of the plaintiff class to the compromise embodies in the joint stipulation.  Notice to class attached. (Copies mailed to counsel.) EOD 5/27/88 |
| Jun 9 | | Official Court Reporter's transcript of 3/14/88 trial. (1 volume.) |
| 17 | | **Hearing** - Objections to compromise embodied in joint stipulation (filed 5/26/88). |
| 17 | | Affidavit of J. Larry Newton filed in open court. |
| 17 | | Courtroom deputy's minutes of 6/17/88 proceeding; witness list attached. |
| July 1 | | Certified copy of entire court record (2 volumes pleadings and 1 volume transcript) picked up by UPS for delivery to USCA, Eleventh Circuit. |
| 19 | | Magistrate Carroll's RECOMMENDATION that the court give final approval to the plan upon receipt of notification that preclearance has been received. (Copies mailed counsel.) EOD 7/19/88. |
| 19 | | ORDER APPROVING COUNTY BOARD OF EDUCATION SETTLEMENT ON AN INTERIM BASIS directing that the finding and recommendation fo the Magistrate be, and same is hereby approved and adopted. (Copies mailed to counsel.) EOD 7/19/88. |
| Sep 1 | | Plaintiffs' notice of attorneys' withdrawal (Menefee and Guinier) and substitution (Ifill substituted for Karlan). |
| Oct. 7 | | Received cy of U. S. Department of Justice's ltr to defendant re preclearance. Referred to Judge Thompson. |
| 19 | | Defendant's notice of preclearance. Referred to Judge Thompson. |
| 21 | | JUDGMENT AND INJUNCTION and ORDER (1) that the May 26, 1988 stipulation of the parties is finally approved; and (2) that said stipulation is incorporated as the order of the court; and (3) that defendant Baldwin County board of Education is **ENJOINED** and **RESTRAINED** from failing to comply with said stipulation. (Copies mailed to counsel.) EOD 10/21/88. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87T-1158-N |
|---|---|---|
| JOHN DILLARD, et al. | BALDWIN COUNTY BOARD OF EDUCATION | PAGE 8 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Nov. 4 | | Received certified copy of appellants motion for dismissal of appeal filed 11/3/88 with the U. S. Court of Appeals and **ENTRY OF DISMISSAL** (entered 11/3/88 as and for mandate) DISMISSING this appeal pursuant to the foregoing motion of appellant, Rule 42 FRAP, and Rule 42-1. |
| 4 | | Received certified copy of entire record on appeal (2 volumes pleadings and 1 volume transcript) from USCA, Eleventh Circuit. |
| **1990** Mar 12 | | Plaintiffs' motion for award of attorneys' fees. (Attachments.) Referred to Judge Thompson. (Resume of Edward Still attached) |
| 14 | | ORDER setting plaintiffs' motion for award of attorney's fees for an evidentiary hearing on **4-3-90 at 10:00 a.m.** in the second floor courtroom, Montgomery, AL.; directing defendant to indicate by 3-23-90 which part or parts of the fee petition are not admitted to; that all briefs are due by 3-30-90. (Copies mailed to counsel.) |
| 28 | | Defendant counsel's letter of 3/27/90 to Judge Thompson. |
| 29 | | Amendment to plaintiffs' motion for award of attorneys' fees. Referred to Judge Thompson. |
| 30 | | Response of defendant to plaintiffs' motion for award of attorneys' fees. Referred to Judge Thompson. |
| 30 | | Memorandum brief in support of response of defendant to attorney fee request. Referred to Judge Thompson. |
| Apr 5 | | Motion of Abe Philips to withdraw as counsel for defendant Baldwin Co. Bd. of Educ. Referred to Judge Thompson. |
| 12 | | ORDER granting the motion for leave to withdraw filed by Hon. Abe Philips. (Copies mailed to counsel.) EOD 4-12-90. |
| 18 | | Order (entered 11/14/89, issued as mandate 12/13/89) of the U. S. Court of Appeals, Eleventh Circuit AFFIRMING the judgment of district court. **[Filed per instructions from Judge Thompson.]** |
| 18 | | ORDER that plaintiffs' motion for award of attorney's fees, filed 3-12-90, is granted and that plaintiffs have and recover from defendant the sum of $50,499.00 as attorney's fees and $12,926.12 for expenses, for a total sum of $63,425.12. (Copies mailed to counsel.) EOD 4-18-90. |
| 18 | | ORDER allowing plaintiffs 7 days from the date of this order to clarify the expenses James U. Blacksher and Edward Still are seeking for the "A" jurisdictions, so that the court can determine which expenses are pre-settlement and which are post-settlement. (Copies mailed to counsel.) EOD 4-18-90. |
| 26 | | Plaintiffs' clarification of subclass A expenses. (Attachments.) Referred to Judge Thompson. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1158-N |
|---|---|---|
| JOHN DILLARD | BALDWIN CO. BD. OF EDUC. | PAGE 9 OF ___ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| Apr 30 | | ORDER that defendant Bladwin Co. Bed. of Education is allowed until 5-9-90 to respond to plaintiffs' clarification of subclass A expenses. (Copies mailed to counsel.) EOD 4-30-90. |
| May 9 | | Defendant's response to plaintiffs' clarification of sublcass A expenses. Referred to Judge Thompson. |
| 10 | | ORDER that plaintiffs have and recover from defendant Baldwin Co. Bd. of Educ. the additional sum of $126.53 for expenses. (Copies mailed to counsel.) EOD 5-10-90. |
| 29 | | Plaintiffs' satisfaction of judgment for attorneys' fees. Referred to Judge Thompson. |
| 1992 | | |
| Jan. 27 | | Plaintiffs' **motion** for additional relief with respect to redistricting and the 1992 elections. Referred to Judge Thompson. |
| Feb. 3 | | Defendant's **motion** to strike motion of plaintiffs for additional relief. Referred to Judge Thompson. |
| Feb 6 | | **ORDER** that defendant jurisdictions show cause in writing, if any, as to why motion for additional relief, filed by plaintiffs on 1-27-92, should not be granted. (Copies mailed to counsel.) EOD: 2-7-92 |
| Feb 10 | | Notice of withdrawal as counsel of record. Referred to Judge Thompson. |
| Feb 14 | | Defendant's **response** to show cause order. Referred to Judge Thompson. (Exhibits attached.) |
| Feb. 24 | | **ORDER** allowing counsel of record to withdraw. (Copies mailed to counsel.) |
| Feb. 24 | | **ORDER** that David R. Boyd is removed as liaison counsel for defendant subclasses B and C; further **ORDERED** that Mort P. Ames, Deputy State Attorney General is appointed liaison counsel for defendant subclasses B and C; further **ORDERED** that no later than 03/06/92 plaintiffs and liaison counsel (1) shall meet with each other to develop procedures as to how the court should proceed in light of responses from defendant subclasses B and C, and (2) shall submit such procedures to the court. |
| Feb. 26 | | Plaintiffs' **motion** to join attorney general as defendant. Referred to Judge Thompson. |
| Mar. 2 | | **ORDER** that the State Attorney General show cause, if any, in writing within ten days as to why said motion to join Attorney General of Alabama as an additional defendant should not be granted. |
| 12 | | Attorney General James H. Evans' **response** in opposition to plaintiffs' motion to join. Referred to Judge Thompson. |
| 20 | | **Proposal** of plaintiffs and liaison counsel. Referred to Judge Thompson. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1158-N |
|---|---|---|
| JOHN DILLARD | BALDWIN CO. BOE | PAGE 10 OF ____ PAGES |

| DATE 1992 | NR. | PROCEEDINGS |
|---|---|---|
| Apr 6 | | Deft's motion to dismiss. Referred to Judge Thompson. |
| | 9 | ORDER adopting the following Status Groups of cases: J - Jurisdiction claims no need to redistrict but has not provided sufficient data to pltfs or court; K - Jurisdiction claims no need to redistrict; has provided date on plan to pltfs; pltfs are reviewing plan; L - Jurisdiction admits need to redistrict, but has not provided sufficient data to pltfs or court; M - Jurisdiction admits need to redistrict; data provided; pltfs are reviewing plan; N - Jurisdiction says that it is checking data to see if it needs to redistrict; O - Jurisdiction has made no response to Court's order of 2-2-92; P - Jurisdiction's plan has been precleared by U. S. Dept. of Justice and pltfs have no objections; Q - Jurisdiction has made some other response; R - Pltfs have agreed to jurisdiction's plan; S - Pltfs object to jurisdiction's plan; T - Jurisdictions which contend the court should not be exercising jurisdiction over them, or which have reserved consideration of the jurisdictional issue; U - Jurisdictions which were already involved in the redistricting process prior to filing of motion for additional relief; further that any jurisdiction disputing its placement in its Status Group as set out in order should consult with pltfs' counsel first to resolve the matter; that all county commissions and school boards present a plan to the court (or otherwise respond) by 4-27-92; that Status Group J submit sufficient data to the court to allow pltfs to make a determination whether they oppose or support the jurisdiction's decision; that Status Group L submit sufficient data to the court to allow pltfs to make a determination whether they oppose or support the jurisdiction's decision; that those jurisdictions disputing the jurisdiction of the court to hear this matter should file their objections by the same date; that all municipalities submit a plan to the court by 5-8-92; that Status Groups J & L submit sufficient data to allow pltfs to make a determnation whether they oppose or support the jurisdiction's decision; that those jurisdictions which dispute the jurisdiction of the court to hear this matter should file their objections by the same date; that pltfs will review the plans of jurisdictions within 30 days and shall inform the court of their support or opposition; that if pltfs inform the court of their support or non-opposition to the plan of a jurisdiction the court will consider the plan as having been submitted for approval; that if pltfs inform the court of the opposition to a plan, the court will set the matter for an individual determination as further set out; that all documents filed with court be served upon Edward Still, James Blacksher and Mort Ames; that within 10 days of the date of this order liaison counsel will notify deft jurisdictions which have not responded to the 1-27-92 court order that they must show cause why pltfs' motion for additional relief should not be granted. (Copies mailed to counsel.) EOD 4-9-92. |
| | 9 | ORDER that pltfs' motion to join Atty. Gen. as a deft is denied. (Copies mailed to counsel.) EOD 4-9-92. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1158-N |
|---|---|---|
| JOHN DILLARD | BALDWIN CO BOE | PAGE 11 OF ___ PAGES |

| DATE 1992 | NR. | PROCEEDINGS |
|---|---|---|
| Apr 22 | | Pltfs' response to motion to dismiss. Referred to Judge Thompson. |
| 22 | | ORDER that the motion to dismiss filed by deft is granted and this cause is dismissed. (Copies mailed to counsel.) EOD 4-22-92. |